# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

- PO ☐
- Misd. ☐
- Felony ☒

Assigned / Disp./Sentence / District / Off / Judge/Magistr

U.S. vs. WRIT ☐ JUVENILE ☐ ALIAS ☐ OFFENSE ON INDEX CARD

**RENNA, RONALD ROBERT, SR.**
a/k/a Ronald Roberts

Case Filed: Mo / Day / Yr
Docket No. / Def.
No of Def's
U.S. MAG. CASE NO. **91-42M-01**

## I. CHARGES

U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM.
SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**
KEY DATE: **7/30/91** EARLIEST OF
☒ arrest
☐ sum'ns
☐ custody
☐ appears — on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
KEY DATE — APPLICABLE
☐ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE:
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

**END INTERVAL TWO**
KEY DATE — APPLICABLE
☐ Dismissal
☐ Pled guilty ☐ After N.G.
☐ Nolo ☐ After nolo
☐ Trial (voir dire) began
☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued | | | INITIAL APPEARANCE DATE ▶ **7/30/91** | | | ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Return | | | PRELIMINARY EXAMINATION | Date Scheduled ▶ **8/1/91** | **NHS/0206** | |
| Summons Issued | | | ☒ REMOVAL OR HEARING | Date Held ▶ **8/1/91** | **NHS/0206** | ☒ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW: **Hawaii** |
| Served | | | ☒ WAIVED ☐ NOT WAIVED | Tape Number | | |
| Arrest Warrant Issued | | | ☐ INTERVENING INDICTMENT | | | |
| COMPLAINT ▶ | | | | | | |

Date of Arrest: **7/30/91**
OFFENSE (In Complaint): 18:371;18:1341 & s; 18:1343 & s; 12:1709-2 & 18:2 , Conspiracy to commit mail fraud, wire fraud, equity skimming (Indict. D.Hawaii)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: ☐ 20 ☐ 21 ☒ 40 ☐ In ☐ Out

## IV. ATTORNEYS

**U.S. Attorney or Asst**

Robert J. Veiga, AUSA

Defense: 1 ☒ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non/Other. 6 ☐ PD. 7 ☐ CD

**U.S. Attorney**
PO Box 480
Concord, N.H.
03302-0480
225-1552

**Defts Address**
28 New Castle Dr.#12
Nashua, NH 03060

**Defts Counsel**
Michael Burke, Esq.
Epstein, Burke & MacIntosh
16 Lowe Ave.
Concord, NH 03301
225-7350

## BAIL • RELEASE

**PRE-INDICTMENT**
Release Date: 
Bail ☐ Denied
☐ Fugitive
☐ Pers. Rec.
AMOUNT SET
☐ PSA
Conditions
Date Set
☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made
☐ Collateral
Date Bond Made
☐ 3rd Prty
☐ Other

**POST-INDICTMENT**
Release Date
Bail ☐ Denied
☐ Fugitive
☐ Pers. Rec.
AMOUNT SET $
☐ PSA
Conditions
Date Set
☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made
☐ Collateral
Date Bond Made
☐ 3rd Prty
☐ Other

## FINE AND RESTITUTION PAYMENTS

☒ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE | Yr | Document No | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE OF | VI EXCLUDABLE DELAY | | | LETTER CODES |
|---|---|---|---|---|---|---|---|---|
| 1991 | | | 91-42M-01, US v. Renna | | Start Date / End Date | Ltr Code | Total Days | *(see codes at right)* |

### V. PROCEEDINGS

| Date | Doc # | Proceeding |
|---|---|---|
| July 30 | 1 | INDICTMENT/WARRANT (copy of) from District of Hawaii |
| | 2 | COURTROOM MINUTES (NHS) D. Wildfeuer<br>　Deft app'd in custody for Bail/Removal Hearing<br>　Govt Motion for Temp Detention - Granted by Court<br>　Financial aff apprvd fro apptmt of counsel |
| | 3 | FINANCIAL DECLARATION<br>　apprvd - NHS |
| | 4 | ORDER OF TEMPORARY DETENTION PENDING HEARING<br>　(NHS) cc eod 7/31/91  H-8/1/91  1:45 pm |
| 31 | 5 | APPOINTMENT OF COURT APPTD CNSL (EH) (Michael Burke, Esq. |
| | 6 | Warrant for Arrest w/Agent's Return, 7/30/91 |
| Aug 1 | 7 | COURTROOM MINUTES.  NHS (D. Wildfeuer-Reporter)<br>　DETENTION HEARING.  Deft waived removal hearing.<br>　Bail set as follows: $10,000 w/o surety; travel<br>　restricted to NH & Mass; Deft to surrender firearms<br>　and passport to USDC-NH by 8/2/91, noon; deft to<br>　personally appear at USPO on Mondays and phone on<br>　Fridays; deft to report to Hawaii by 8/22/91. |
| | 8 | Certified copy of Indictment from Hawaii USDC |
| | 9 | APPEARANCE BOND (NHS) |
| | 10 | ORDER Setting Conditions of Release (NHS) |
| | 11 | WAIVER of Rule 40 Hearings, Deft waived identity<br>　hearing |
| | 12 | ORDER Holding Deft to Answer, NHS (EOD 8/7/91)<br>　Deft ordered to answer in USDC-Hawaii on 8/22/91<br>　between 9 AM and 5 PM Local time. |
| 2 | 13 | Copy of Collateral Receipt<br>　for 1 - Smith & Wesson; 357 Magnum; S/N AHL0999<br>　Posted by Ronald Robert Renna |
| 7 | | File sent to Hawaii - Firearm retained at USDC-NH |
| 19 | 14 | Receipt of File by USDC-Hawaii (not dated) |
| Sep 30 | 15 | Approval of Ct Appointed Counsel for payment,<br>　$238.00 (WHB) |
| **1992** | | |
| Jul 6 | 16 | Deft's Request to have firearm released to his wife |
| 7 | 17 | Govt's OBJ to Mot for Release of Firearm |
| 8 | | On #16:  Denied, no control over disposition of<br>　firearm.  WHB (EOD 7/8/92) cc |
| **1993** | | |
| May 4 | 17 | STIPULATION AND ORDER REGARDING PREVIOUSLY IMPOSED<br>　BAIL CONDITION (Cert copy, District of Hawaii)<br>　Firearm to be retd to Mrs. Veronica Renna for<br>　disposal by sale |

CONTINUED TO PAGE ____